UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOCELYNN BUSH, et al., )<br>　　　　　　　　　　　　　　　　) <br>　　　Plaintiffs, ) <br>　　　　　　　　　　　　　　　　) <br>　　　v. ) <br>　　　　　　　　　　　　　　　　) <br>DISTRICT OF COLUMBIA, et al. ) <br>　　　　　　　　　　　　　　　　) <br>　　　Defendants. ) <br>　　　　　　　　　　　　　　　　) | Civ. No. 07-1110 (RMU) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants, by and through counsel, pursuant to FRCP 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including September 12, 2007, to file their response to Plaintiffs' Complaint. As grounds for said request, the undersigned states that the parties are currently engaged in settlement discussions and believe it would be in the best interest of judicial economy to grant an extension of time at this date. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　/s/ Edward P. Taptich
　　　　　　　　　　　　　　　　EDWARD P. TAPTICH [012914]
　　　　　　　　　　　　　　　　Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

July 12, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOCELYNN BUSH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 07-1110 (RMU) |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Litigation Counsel
        441 4th Street, N.W.
        Sixth Floor South
        Washington, DC 20001
        (202) 442-9842
        E-mail – maria.merkowitz@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOCELYNN BUSH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 07-1110 (RMU) |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of time to file a response to Plaintiffs' Complaint and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that the Defendants' Motion is granted, and,

IT IS FURTHER ORDERED, that defendants shall have up to and including September 12, 2007, in which to file their response to Plaintiffs' Complaint.

_____
United States District Court Judge

4