IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCELYNN BUSH, , et al** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>     **Defendant.** )<br>) | Civil Action No:07-1110(RMU) |

**PRAECIPE**

To the Clerk of the Court:

   Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

                                                                Respectfully submitted,


                                                                /s/
                                                                Roxanne D. Neloms [478157]
                                                                James E. Brown & Associates, PLLC
                                                                1220 L Street, NW, Suite 700
                                                                Washington, D.C.  20005
                                                                (202) 742-2000
                                                                (202) 742-2098 (fax)
                                                                *Attorney for Plaintiffs*

1