## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **JOYCELYNN BUSH, , <u>et al</u>** )<br><br>)<br><br>)<br>**Plaintiffs,** )<br><br>) **Civil Action No:07-1110(RMU)**<br>**v.** )<br><br>)<br>**DISTRICT OF COLUMBIA** )<br>**Defendant.** )<br>_____) | |

### PRAECIPE

To the Clerk of the Court:

      Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

                         Respectfully submitted,

                         /s/_____
                         Roxanne D. Neloms [478157]
                         James E. Brown & Associates, PLLC
                         1220 L Street, NW, Suite 700
                         Washington, D.C.  20005
                         (202) 742-2000
                         (202) 742-2098 (fax)
                         ***Attorney for Plaintiffs***