UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Joycelynn Bush, et al. )  |  |
| )  |  |
| Plaintiffs, )  |  |
| )  |  |
| v. )  | Civil Action No.07-1110 (RMU) |
| District of Columbia, et al. )  |  |
| )  |  |
| Defendant. )  |  |

## ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the complaint.

1. The defendants admit that this is an action for full reimbursement of attorney's fees and costs incurred by plaintiffs in their claims against the defendants pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA") The remaining allegations contained in paragraph numbered 1 are denied.

2-3. Defendants admit the existence of the statutory authorities alluded to in paragraphs numbered 2 through 3, but deny that jurisdiction, relief and venue are necessarily authorized or proper solely by reason thereof.

4. The allegations contained in paragraph numbered 4 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

5. Defendants admit the allegations contained in paragraph numbered 5.

6. Defendants admit the allegation the District of Columbia is a municipal Corporation that receives federal funds pursuant to the Individuals with Disabilities Education Improvement Act ("IDEIA"). The remaining allegations contained in

paragraph numbered 6 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

7. Defendants admit the allegations contained in paragraph numbered 7.

## FACTUAL BACKGROUND

1-20. The allegations contained in paragraphs numbered 1 through 20 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

21. Defendants admit the allegations contained in paragraph numbered 21.

22-25. The allegations contained in paragraphs numbered 22 through 25 are denied.

26-30. The allegations contained in paragraphs numbered 26 through 30 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

31. The allegations contained in paragraph numbered 31 are denied.

32. The defendants are without sufficient information to admit or deny the allegations contained in paragraph 32 of the Complaint.

33-35. The allegations contained in paragraphs numbered 33 through 35 are denied.

36. Defendants incorporate by reference their answers to paragraphs numbered 1 through 35.

37. The allegations contained in paragraph numbered 37 are denied.

Further answering the complaint, defendants deny all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

### FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have failed to exhaust their administrative remedies on all pertinent issues.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred by the applicable statute of limitations or laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' right to attorney fees and costs is strictly limited.

Respectfully submitted,

LINDA SINGER,
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

 /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Senior Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

September 12, 2007

3