UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCELYNN BUSH, , et al ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No:07-1110(RMU) |
| v.   ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| Defendant. ) | |
| _____ ) | |

**JOINT RULE 16.3 REPORT**

COME NOW the parties, numerous Plaintiffs and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred via e-mail and telephonic conference, and consistent with said conferences, the parties respectfully submit the following:

I.  **Statement of the case**

Plaintiffs are seeking reimbursement of attorney fees incurred in the connection of litigation at the administrative level under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 et seq. Defendant disputes the amount of reasonable attorneys' fees owed to the Plaintiffs.

II. **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.  Based on the information available, the parties believe that this case can be decided by dispositive motion.

2.  The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

1

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Parties have agreed that since this case involves claims for attorneys' fees that no administrative record is necessary.

   b. The Plaintiffs will file their Motion for Summary Judgment on or before January 11, 2008.

   c. The Defendant will file its Cross Motion for Summary Judgment and its Opposition on or before February 11, 2008.

   d. The Plaintiffs will file their Opposition and Reply on or before March 11, 2008.

   e. The Defendant will file its Reply on or before March 28, 2008.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 21th day of November 2007.

| | |
|---|---|
| _____/s/_____<br>Domiento C.R. Hill [MD14793]<br>Roxanne D. Neloms [478157]<br>James E. Brown & Associates, PLLC<br>1220 L Street, N. W., Suite 700<br>Washington, D.C. 20005<br>202.742.2000<br>Attorneys for Plaintiffs | _____/s/_____<br>Maria Merkowitz [312967]<br>Office of the Attorney General for the District of Columbia<br>441 4th Street, N. W., 6th Floor South<br>Washington, D.C. 20001<br>202.442.9842<br>maria.merkowitz@dc.gov<br>Attorney for Defendant |

3