)   **Civil Action No:07-1110(RMU)**

1