IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCELYN BUSH, , et al**  )<br>  )<br>  )<br>  **Plaintiffs,**  )<br>  )<br>**v.**  )<br>  )<br>**DISTRICT OF COLUMBIA**  )<br>  **Defendant.**  )<br>  ) | Civil Action No:07-1110(RMU) |

### CONSENT MOTION TO AMEND BRIEFING SCHEDULE

**COMES NOW** the Plaintiffs, though counsels, hereby submit this Consent Motion to Amend the Briefing Schedule entered by this Court on November 29, 2007. Plaintiffs' counsel contacted opposing counsel seeking a seven day extension of time in which to submit her motion for summary judgment. Opposing counsel consented to said request, thus the Plaintiffs are requesting that the current briefing schedule be amended to reflect the following dates:

a.   No administrative record was required.

b.   The *Plaintiffs* will file their Motion for Summary Judgment on or before *January 18, 2008.*

c.   The *Defendant*s will file their Cross Motion for Summary Judgment and its Opposition on or before *February 20, 2008.*

d.   The Plaintiffs will file their Opposition and Reply on or before March 11, 2008.

e.   The Defendant will file its Reply on or before March 28, 2008.

Dated this 11th of January 2008.

1

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Domiento C.R. Hill [MD14793] | Maria Merkowitz [312967] |
| Roxanne D. Neloms [478157] | Office of the Attorney General for the |
| James E. Brown & Associates, PLLC | District of Columbia |
| 1220 L Street, N. W., Suite 700 | 441 4th Street, N. W., 6th Floor South |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| 202.742.2000 | 202.442.9842 |
| Attorneys for Plaintiffs | maria.merkowitz@dc.gov |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DERRICK SHELTON,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-cv-933(CKK)** |
| | ) | |
| **MAYA ANGELOU PUBLIC CHARTER** | ) | |
| **SCHOOL,** *et al.*, | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**ORDER**

2

This Court, having considered the requests of the Parties, issues the following Order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1. The Defendant will provide the administrative record by September 3, 2007.

2. The Plaintiffs will file their Motion for Summary Judgment on or before October 1, 2007.

3. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before October 30, 2007.

4. The Plaintiffs will file their Opposition and Reply on or before November 15, 2007.

5. The Defendants will file their Reply on or before November 30, 2007.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge