IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCELYNN BUSH, et al** )<br>)<br>)<br>     **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**DISTRICT OF COLUMBIA, et al** )<br>          **Defendants.** )<br>)  | Civil Action No:07-1110(RMU) |

## JOINT RESPONSE TO JANUARY 14, 2008 SHOW CAUSE ORDER

**COME NOW** the parties, though counsel, and hereby submit this Joint Response to the January 14, 2008 Show Cause Order entered by this Court on January 14, 2008.

1. On January 11, 2008 Plaintiffs' counsel, with the consent of opposing counsel, filed an amended motion to extend the briefing schedule; however, Plaintiffs' counsel failed to include a reason in said motion.

2. Plaintiffs' counsel had every intention and was indeed prepared to file a Motion for Summary Judgment on January 11, 2008. However, Plaintiffs' counsel's desktop computer crashed on Wednesday January 9, 2008.

3. Plaintiff's counsel immediately contacted Dell Computers seeking the assistance of a technician and further contacted opposing counsel regarding a five-day extension of time as Plaintiffs' counsel was unaware of when the problem regarding the computer would be rectified. *See Exhibit 1.*

4. Defendants' counsel consented to the extension and in the interest of fairness Plaintiffs' counsel also sought a five day extension of time for the Defendants to file their Opposition and Cross Motion for Summary Judgment.

5. Plaintiffs' Counsel is aware that any extensions requested must be done at least four days prior to the filing due date, but in the instant case Plaintiffs' Counsel did not anticipate her computer crashing thereby causing delay in the filing of her Motion for Summary Judgment.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Domiento C.R. Hill [MD14793] | Maria Merkowitz [312967] |
| Roxanne D. Neloms [478157] | Office of the Attorney General for the |
| James E. Brown & Associates, PLLC | District of Columbia |
| 1220 L Street, N. W., Suite 700 | 441 4th Street, N. W., 6th Floor South |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| 202.742.2000 | 202.442.9842 |
| Attorneys for Plaintiffs | maria.merkowitz@dc.gov |
| | Attorney for the Defendants |

Dated this 15th of January 2008.



Windows Live™ — Home | Hotmail | Spaces | OneCare   redman413@hotma...   Sign out

Inbox | Junk | Drafts | Sent | Deleted | Manage folders | Today | Mail | Contacts | Calendar

New   Reply   Reply all   Forward   Delete   Junk

Move to [▼]   Options


Color your inbox!

### RE: Dell Case Information

From: **Roger_Baran@Dell.com**
Sent: Thu 1/10/08 6:18 PM
To: redman413@hotmail.com

Hey David,

Looks like the part is still being shipped, and is currently in transit with DHL. Tracking number 58219909683. The technician has not been assigned yet, but when the part arrives, the tech that gets assigned to do the service should give you a call to set up a time. The out of warranty motherboard sometimes can take as long as 3 business days to complete, but it looks like there is a good chance of this being scheduled tomorrow.

Regards,

**Roger Baran**
Technical Support Specialist
DELL | Canada
800-822-8965 EXT 445-4215
Mon-Fri 830am-530pm MST
Roger_Baran@Dell.com
Commercial Support Services

If i am not available please contact Michael_Stadnyk@Dell.com

800-822-8965 ext 445-3467.

Fri-Sat 9am-6pm

How am I doing? Any Comments or suggestions are greatly appreciated,
Feel Free to email my manager **Christopher_Parent@Dell.com**
Many of the tools that Dell technicians use are online and available to you. You can download drivers, software updates,

and search Dell's extensive Knowledge Base/FAQ's at http://support.dell.com

**From:** David Proctor [mailto:redman413@hotmail.com]
**Sent:** Thursday, January 10, 2008 11:15 AM
**To:** Baran, Roger
**Subject:** RE: Dell Case Information

Hello Mr. Baran,

I was hoping to know if you could get me an update on my replacement motherboard. Has the part been shipped? Is there a contact number or email for the technician that will be doing the install? Any help would be appreciated. Thank you

Case #184442794

Dispatch Reference #098706947

---

Subject: Dell Case Information
Date: Wed, 9 Jan 2008 10:24:24 -0600
From: Roger_Baran@Dell.com
To: redman413@hotmail.com

Dear DAVID PROCTOR,

Thank you for contacting Dell Hardware Warranty Support. It was a pleasure working with you to resolve the issue you had with your system.

The following information relates to your recent call.

Case #184442794

Dispatch Reference #098706947

If you need further assistance with your case #, please contact me directly by <u>EMail for fastest response</u>, or leave a voicemail. Remember to include your case # as well as your name and contact information.

For all NEW issues, please email Dell Hardware Warranty Support from the following web page http://support.dell.com or by calling 1-800-822-8965.

Respectfully,

**Roger Baran**

Technical Support Specialist
DELL|Edmonton

1-800-822-8965 Ext. 4454215

Mon-Fri 8:30am-5:30pm MST

Roger_Baran@Dell.com
Commercial Client Services

How am I doing?  Any Comments or suggestions are greatly appreciated,
Feel Free to email my manager **Christopher_Parent@dell.com**

Many of the tools that Dell technicians use are online and available to you. You can download drivers, software updates, and search Dell's extensive Knowledge Base/FAQ's at http://support.dell.com

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal                                          Help Central | Account | Feedback