**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOYCELYNN BUSH, , et al | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No:07-1110(RMU) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE**

To the Clerk of the Court:

Please dismiss the following Plaintiffs with prejudice:

1. Melodia and Terrell Phillips, Parents and next friends of T.P., a minor;

2. Althea Scott, Parent and next friend of C.S., a minor.

Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
Domiento C.R. Hill [MD14793]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorneys for Plaintiffs*