UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOCELYNN BUSH, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-1110 (RMU) |
| DISTRICT OF COLUMBIA, et al. | ) | |
| Defendants. | ) | |

**THE PARTIES' JOINT MOTION FOR AN EXTENSION
OF TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS'
OPPOSITION TO DEFENDANTS'CROSS MOTION FOR SUMMARY
JUDGMENT.**

The parties, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including June 3, 2008, for defendants to file their response to plaintiffs' Opposition to defendants' Cross Motion for Summary Judgment.

As grounds for said request, the parties state that they are currently engaged in settlement discussions and believe it would be in the best interest of judicial economy to grant an extension of time at this date.

                                              Respectfully submitted,

                                              PETER J. NICKLES
                                              Interim Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Litigation Counsel
        441 4th Street, N.W.
        Sixth Floor South
        Washington, DC 20001
        (202) 442-9842
        E-mail – maria.merkowitz@dc.gov
        Attorneys for Defendants

        /s/ Roxanne D. Neloms
        ROXANNE D. NELOMS
        James E. Brown and Associates, PLLC
        1220 L Street, NW, Suite 700
        Washington, DC 20005
        (202) 742 – 2000
        Attorneys for Plaintiffs

April 1, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOCELYNN BUSH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1110 (RMU) |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FED. R. CIV. P. 6 (b) (1)

2. The inherent powers of the court.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

    /s/ Maria L. Merkowitz
    MARIA L. MERKOWITZ [312967]
    Senior Litigation Counsel
    441 4th Street, N.W.
    Sixth Floor South
    Washington, DC 20001
    (202) 442-9842
    E-mail – maria.merkowitz@dc.gov
    Attorneys for Defendants

/s/ Roxanne D. Neloms
ROXANNE D. NELOMS
James E. Brown and Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005
(202) 742 – 2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOCELYNN BUSH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 07-1110 (RMU) |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion for an Extension of time, the entire record herein, it is this _____ day of _____ 2008, hereby

ORDERED, that the parties' Motion is granted, and,

IT IS FURTHER ORDERED, that the Defendants will file their Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment on or before June 3, 2008.

_____
United States District Court Judge