UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOCELYNN BUSH, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civ. No. 07-1110 (RMU) |
| DISTRICT OF COLUMBIA, et al. | ) | |
| Defendants. | ) | |

**DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES.**

Come now defendants, by counsel, and respectfully reply to plaintiffs' "Opposition to Defendants' Cross Motion for Summary Judgment and Reply to Defendants' Opposition of Plaintiffs' Motion for Summary Judgment," filed March 14, 2008.[1]

On January 15, 2008, plaintiffs filed a Motion for Summary Judgment, which appears to be a petition for attorneys' fees pursuant to the Individuals with Disabilities Education Improvement Act of 2004, ("IDEIA") 20 U.S.C. Sections 1400 *et seq.* Plaintiffs' Motion and Memorandum of Points and Authorities were devoted entirely to why they believe they were the prevailing party in 18 separate administrative due process

---

[1] While plaintiffs titled what purports to be a Motion for Attorneys' Fees as a Motion for Summary Judgment. and defendants' Opposition to said motion as a "Cross Motion for Summary Judgment," defendants believe that the documents filed were as follow: plaintiffs' Motion for Attorneys' Fees, defendants' Opposition to plaintiffs' Motion for Attorneys' Fees, plaintiffs' Reply to defendants' Opposition, and defendants' Reply.

hearings brought pursuant to the IDEIA.[2]  However, neither plaintiffs' motion, nor their opposition provides any evidence of the reasonableness of the amount sought in the Complaint, or that the hourly rates charged, as shown in their attachments to the Complaint, are prevailing rates in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation, or that they exercised billing judgment in their statements, or that all the fees they claim are permissible.

Defendants countered plaintiffs' averments of prevailing party status in great detail in their Opposition and will not repeat those arguments here.  (Opp. at 2-8) However, even if the court should conclude that all the plaintiffs were prevailing parties, plaintiffs have nonetheless failed to meet their burden that they are entitled to any award of attorneys' fees.  (Opp. at 9-12) While plaintiffs attached bills to their Complaint, they have not supplied the Court with any supporting documentation to enable this Court to determine with a high degree of certainty that the hours billed were actually and reasonably expended.  Because plaintiffs bear the burden of establishing all elements of the requested fee award, including an entitlement to the award, and the justification for the reasonableness of the rates, in light of plaintiffs' complete failure to provide any supporting documentation in the instant case, this Court must determine that there is insufficient evidence to support any award.  *See Agapito v. District of Columbia,* Civ. No. 05-1935 (D.D.C., Nov. 30, 2007); *Blum v. Stenson,* 465 U.S. 866, 896 n. 11 (1984); *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983); *Covington v. District of Columbia,* 57 F.3d 1101, 1107 (D.C. Cir. 1995), cert. denied, 516 U.S. 1115 (1996); *Smith v. District of Columbia*, Civ. No. 02-0373 (D.D.C.), Memorandum Opinion issued June 24, 2003, at 8-

---

[2] Plaintiffs' counsel subsequently dismissed the claims of two of the plaintiffs, C.S. and T.P. on March 14, 2008.

2

9. *Smith v. Roher*, 954 F. Supp. 359, 365 (D.D.C. 1997) (citing *In re North,* 303 U.S. App. D.C. 443, 8 F.3rd 852 (1993).

## **CONCLUSION**

Accordingly, for the reasons stated above, plaintiffs are not entitled to any award of attorneys' fees and their "Motion for Summary Judgment" should be denied and their Complaint should be dismissed with prejudice.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

June 2, 2008